Todd Blanche
Acting Attorney General of the United States
Jacob E. Brooks
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 08 2026
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR FERNANDO REYES-TEREZON,<br><br>Defendant. | 2:26-CR-77-RLP<br><br>INDICTMENT<br><br>Vio: 8 U.S.C. § 1326<br>Alien in the United States<br>After Deportation |

The Grand Jury charges:

On or about September 27, 2024, the Defendant, Oscar Fernando REYES-TEREZON, a citizen and national of El Salvador, who had theretofore been denied admission, excluded, deported, and removed from the United States on or about August 10, 2017, through Laredo, Texas, was found in the United States, in the Eastern District of Washington, and he did not then have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the

Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 8 day of July, 2026.

A TRUE BILL

[redacted]

Todd Blanche
Acting Attorney General

Alison Gregoire
Criminal Chief

Jacob E. Brooks
Assistant United States Attorney